FILED
APR 16 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | LA10-869M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| ANTONIO GUTIERREZ SALAS, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

---

|     |                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------- |
| 1   | II.                                                                                                  |
| 2   | The Court finds no condition or combination of conditions will reasonable assure:                    |
| 3   | A. ( X ) appearance of defendant as required; and/or                                                 |
| 4   | B. ( ) safety of any person or the community;                                                        |
| 5   | III.                                                                                                 |
| 6   | The Court has considered:                                                                            |
| 7   | A. ( x ) the nature and circumstances of the offense;                                                |
| 8   | B. ( x ) the weight of evidence against the defendant;                                               |
| 9   | C. ( x ) the history and characteristics of the defendant;                                           |
| 10  | D. ( ) the nature and seriousness of the danger to any person or to the community.                   |
| 11  | IV.                                                                                                  |
| 12  | The Court concludes:                                                                                 |
| 13  | A. ( ) Defendant poses a risk to the safety of other persons or the community because:               |
| 14  |                                                                                                      |
| 15  | B. ( x ) History and characteristics indicate a serious risk that defendant will flee because:       |
| 16  | **Defendant is undocumented. He has no ties to the community and no bail**                           |
| 17  | **resources.**                                                                                       |
| 18  |                                                                                                      |
| 19  | C. ( ) A serious risk exists that defendant will:                                                    |
| 20  | 1. ( ) obstruct or attempt to obstruct justice;                                                      |
| 21  | 2. ( ) threaten, injure or intimidate a witness/ juror; because:                                     |
| 22  |                                                                                                      |
| 23  | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption             |
| 24  | provided in 18 U.S.C. § 3142 (e).                                                                    |
| 25  | ///                                                                                                  |
| 26  | ///                                                                                                  |
| 27  | ///                                                                                                  |
| 28  | ///                                                                                                  |

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: April 16, 2010

_____
Marc L. Goldman
U.S. Magistrate Judge